AO 245B-CAED(Rev. 11/2016) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **6:16MJ00044-001** |
| **SHAWN KANOUDI** | Defendant's Attorney: Eric Schweitzer, Retained |

**THE DEFENDANT:**

[✓] pleaded guilty to count __3__ of the Complaint.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 2.34(a)(1) | Engage in fighting or threatening, or in violent behavior. | 5/28/2016 | 3 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[✓] Count(s) __1-2__ are dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.     [✓] Appeal rights waived.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

3/21/2017
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

3/23/2017
Date

AO 245-CAED(Rev. 11/2016) Sheet 4 - Misdemeanor Probation

DEFENDANT: **SHAWN KANOUDI**
CASE NUMBER: **6:16MJ00044-001**

Page 2 of 2

## PROBATION

The defendant is hereby sentenced to unsupervised probation for a term of :
<u>12 months</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.
2. The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
3. The Defendant shall pay a fine of $1,990.00 and a special assessment of $10.00 for a total financial obligation of $2,000.00, to be paid in full within the next 90 days. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CLERK U.S.D.C.
    2500 Tulare Street, Rm 1501
    Fresno, CA 93721

4. The Defendant is ordered to personally appear for a Probation Review Hearing on 2/27/2018 at 10:00 am before U.S. Magistrate Judge Seng.
5. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.