Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAWN R. KANOUDI,<br><br>　　　　Defendant. | No. 6:16-MJ-0044-MJS<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

　　The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for February 27, 2018. On March 21, 2017, this Court sentenced Defendant to 12 months of unsupervised probation with the specific conditions, he obey all laws, and pay a fine of $2000. To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on March 21, 2017, and the Government requests the review hearing be vacated, and the term of unsupervised probation continue unchanged until it expires on March 20, 2018.

.Dated: February 6, 2018　　　　　　　　　NATIONAL PARK SERVICE
　　　　　　　　　　　　　　　　　　　　　 /S/ Susan St. Vincent_____
　　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　Legal Officer

1

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for February 27, 2018, in the above referenced matter, *United States v. Kanoudi, 6:16-mj-0044-MJS*, be vacated. The period of unsupervised probation imposed on March 21, 2017, will continue with all originally ordered conditions until March 20, 2018.

IT IS SO ORDERED.

Dated:   February 7, 2018           /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE